UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW M. STEELE,

          Petitioner,

    v.

DONALD HOLBROOK,

          Respondent.

CASE NO. 15-cv-05873 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The petitioner has failed to show that the state courts' adjudication of his habeas claims was contrary to, or an unreasonable application of, clearly established federal law. The petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**. Petitioner's request for issuance of a certificate of appealability is also denied.

**DATED** this 2nd day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1